**Order filed October 30, 2013**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00675-CV

---

## IN THE MATTER OF J.W., Appellant

---

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2012-01177J**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **trial exhibit #3** .

The clerk of the 313th District Court is directed to deliver to the Clerk of this court the original of trial exhibit #3 , on or before **November 12, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of trial exhibit #3 , to the clerk of the 313th District Court.

PER CURIAM